In the Matter of the Probate of the Will of MARTHA E. DODDS, Deceased.

EDITH MURRAY et al., Appellants; JAMES N. DODDS, Respondent.

Argued February 21, 1945; decided April 5, 1945.

*Charles W. Jenkins* for appellants.
*Frederick W. Youmans* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.